FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 OCT 27  AM 11: 17

_____ J. Buell
CLERK
S.O. DIST. OF GA.

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer) 7:09-MJ-1099-1RJ |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) MJ114-37 |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Michael Jay Clayton | EASTERN NORTH CAROLINA | |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |

| DATES OF SUPERVISION → | FROM 09/22/2010 | TO 09/21/2011 |
|---|---|---|

**OFFENSE**
Driving While Impaired-Level IV, [18 U.S.C. § 13, assimilating N.C.G.S. 20-138-1]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District of Georgia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

October 27, 2014
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

FILED
JAN 13 2015
JULIE A. RICHARDS, CLERK
BY US DISTRICT COURT, EDNC
DEP CLK

10/27/14
Effective date

_____
United States District Judge